UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RUIZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>T. CISNEROS, Warden,<br><br>　　　　　　Respondent. | No. 1:21-cv-00759-DAD-SKO (HC)<br><br>**ORDER VACATING ORDER DIRING PAYMENT OF FILING FEE**<br><br>**[Doc. 3]** |

　　　　Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2021, the Court issued an order granting Petitioner's application to proceed *in forma pauperis*. (Doc. 3.) On June 21, 2021, Petitioner notified the Court that the order was incorrect, insofar as Petitioner was proceeding with a petition for writ of habeas corpus, not a civil rights complaint. (Doc. 12.) He states that the order incorrectly stated that he was proceeding pursuant to 42 U.S.C. § 1983 and obligated to pay the $350.00 filing fee for the action. Petitioner's objections are well-taken.

/////

////

////

1

Accordingly, Petitioner is authorized to proceed in forma pauperis in this habeas action pursuant to 28 U.S.C. § 1915, and the order directing payment of the statutory filing fee for a civil rights action is hereby VACATED.

IT IS SO ORDERED.

Dated: **June 22, 2021** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE