UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RUIZ, | Case No.: 1:21-cv-00759-DAD-SKO (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME |
| v. | |
| T. CISNEROS, Warden, | [Doc. 14] |
| Respondent. | [THIRTY-DAY DEADLINE] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 9, 2021, Respondent filed a request for a sixty (60) day extension of time to file a response to the petition. (Doc. 14.) The Court finds good cause to extend the deadline by an additional thirty (30) days. Should additional time be desired, Respondent may file a request for a second extension of time with a showing of good cause.

Based on the foregoing, Respondent is GRANTED thirty (30) days from the date of service of this order to file a response.

IT IS SO ORDERED.

Dated: __**July 12, 2021**__           /s/ *Sheila K. Oberto*
                                                                                                     UNITED STATES MAGISTRATE JUDGE